## File Hashes for IP Address 74.96.178.143

**ISP:** Verizon Online, LLC
**Physical Location:** Aldie, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/25/2015 13:23:28 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

EVA261